■ In the Matter of VERGILIO FERNANDES, Respondent, v ARSENIA FERNANDES, Appellant. [623 NYS2d 153] —Appeal by Arsenia Fernandes from stated portions of an order of the Family Court, Kings County (Hepner, J.), dated November 26, 1993.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Hepner, J., in the Family Court. Ritter, J. P., Pizzuto, Friedmann and Goldstein, JJ., concur.